UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
REATHIE MACK,

                       Plaintiff,                    24 **CIVIL** 8022 (SDA)

     -v-                                            **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 6, 2025, the Commissioners decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will assign plaintiff's case to a different Administrative Law Judge, who will offer the plaintiff the opportunity for a hearing and issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

       June 6, 2025

                                                                 **TAMMI M. HELLWIG**

                                                                  **Clerk of Court**

                                       **BY:**

                                                                 **Deputy Clerk**